ARTHUR W. DAVENPORT, Appellant, *v.* CITY OF BUFFALO et al., Respondents.

Submitted June 28, 1954; decided June 28, 1954.

*William J. Driscoll* for motion.

*William B. Lawless, Jr., Corporation Counsel,* opposed.

Pending decision of the motion for a stay sought by appellant, a temporary stay is granted until and including July 14, 1954.